IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LYNDSEY PAIGE COOPER, | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 1:21-cv-00431-CG-MU |
| | * |
| CITY OF SPANISH FORT, ALABAMA, | * |
| MICHAEL MURPHY MCMILLAN, | * |
| and MARY LYNN G. WILLIAMS, | * |
| | * |
|    Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Lyndsey Paige Cooper and Defendants City of Spanish Fort, Michael Murphy McMillan and Mary Lynn G. Williams file this joint stipulation of dismissal as to all claims, with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 22th day of February 2022.

| | |
|---|---|
| */s/ Elizabeth A. Citrin*    [by Consent] | */s/ Mark L. Redditt*    [by Consent] |
| Elizabeth A. Citrin (CITRE8294) | Mark L. Redditt (REDDM5141) |
| *Counsel for Plaintiff* | *Counsel for Defendant Michael M. McMillan* |
| Elizabeth A. Citrin, PC | Maynard Cooper & Gale, PC |
| 28311 N. Main Street, Suite B-103 | 11 North Water Street, Suite 24290 |
| Daphne, AL 36526 | Mobile, AL 36602 |
| (251) 626-8808 | (251) 432-0001 |
| E-Mail: elizabeth@elizabethcitrin.com | E-Mail: mredditt@maynardcooper.com |
| | |
| */s/ Reed M. Coleman*    [by Consent] | */s/ Thomas O. Gaillard, III* |
| Reed M. Coleman (COLER9715) | Thomas O. Gaillard, III (GAILT9459) |
| *Counsel for Defendant Mary Lynn G. Williams* | *Counsel for Defendant City of Spanish Fort* |
| Hill, Hill, Carter, Franco, Cole & Black, P.C. | Helmsing, Leach, Herlong, Newman & Rouse |
| 23210 U.S. Highway 98, Suite D4 | Post Office box 2767 |
| Fairhope, AL 36532 | Mobile, AL 36652 |
| (334) 834-7600 | (251) 432-5521 |
| E-Mail: rmcoleman@hillhillcarter.com | E-Mail: TOG@helmsinglaw.com |